**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ABRAHAM GERMANY BERHE,<br><br>    Petitioner,<br><br>    v.<br><br>CHIEF COUNCIL FOR THE DISTRICT OF NEVADA D.H.S. I.C.E.,<br><br>    Respondents. | Case No. 2:25-cv-01782-RFB-DJA<br><br>**ORDER (CORRECTED)** |

Before the Court is *pro se* Petitioner Abraham Germany Berhe's Petition for Writ of Habeas Corpus (ECF No. 1-1) under 28 U.S.C. § 2241, challenging his prolonged detention at Nevada Southern Detention Center. Having conducted an initial review of the Petition, the Court now directs that the Petition be served on the Respondents, and it orders Respondents to file a response.

Therefore, **IT IS HEREBY ORDERED** that the Clerk of Court:

1. **DELIVER** copies of the Petition (ECF No. 1-1) and this Order to the U.S. Marshal for service.

2. **SEND**, via CM/ECF, a copy of the Petition (ECF No. 1-1) and this Order on the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party and sending the documents to Sigal.Chattah@usdoj.gov. This does not indicate acceptance of service.

3. **MAIL** a copy of the Petition (ECF No. 1-1) and this order by mail to:

    a. John Mattos, Warden,

        Nevada Southern Detention Center,

        2190 E. Mesquite Ave.,

        Pahrump, NV 89060;

    b. Michael Bernacke

        Salt Lake City Field Office Director,

        U.S. Immigration & Customs Enforcement,

        Enforcement and Removal Operations,

        2975 Decker Lake Drive, Suite 100,

        West Valley City, UT 84119-6096;

    c. Kristi Noem,

        Secretary of the Department of Homeland Security,

        3801 Nebraska Ave. NW,

        Washington, DC 20528; and

    d. Pamela Bondi,

        Attorney General of the United States,

        950 Pennsylvania Avenue, NW,

        Washington, DC 20530-0001.

**IT IS FURTHER ORDERED** that counsel for Respondents file a notice of appearance within **3 days** of the date of this Order and file and serve their response to the Petition (ECF No. 1-1) **within 14 days** of the date of this Order, unless additional time is allowed for good cause. Pursuant to 28 U.S.C. § 2243, **this response must "show cause why the writ [of habeas corpus] should not be granted."** 28 U.S.C. § 2243.

**IT IS FURTHER ORDERED** that Petitioner will have **5 days** following the date the response is filed to file and serve a reply.

///

///

///

///

1    **IT IS FURTHER ORDERED** that Local Rule 7-2(b) will govern the schedule for
2    responses and replies to all other motions filed by either party.

5    **DATED:** October 23, 2025.

                                                              _____
                                                              **RICHARD F. BOULWARE, II**
                                                              **UNITED STATES DISTRICT JUDGE**