Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ashlyn Saenz-Ochoa
Assistant Federal Public Defender
New Mexico State Bar No. 161658
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ashlyn_Saenz-Ochoa@fd.org

*Attorney for Petitioner Abraham Germany Berhe

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Abraham Germany Berhe,<br><br>      Petitioner,<br><br>      v.<br><br>Chief Council for the District of Nevada D.H.S ICE,<br><br>      Respondents. | Case No. 2:25-cv-01782-RFB-DJA<br><br>**Stipulation and Order for Extension of Time to File First Amended Petition**<br><br>**(First Request)** |

Petitioner and Respondents, through their undersigned counsel, hereby stipulate and jointly request that the court extend the due date for Petitioner's first amended petition by two weeks, up to and including November 26, 2025. This is the first request for an extension of time.

Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 on September 22, 2025.[1] This Court appointed the Office of the Federal Public Defender to represent Mr. Berhe on October 29, 2025.[2] Undersigned counsel appeared on November 3, 2025.[3] This Court directed the FPD to file an amended petition within 14 days from the date of entry of the order.[4] Therefore, Mr. Berhe's amended petition is due on November 12, 2025. For the reasons explained below, the parties now enter into this Stipulation requesting a modest two-week extension of time for Petitioner to file his amended petition.

Since appearing on Monday, counsel for Petitioner has been diligently working on gathering the information necessary to complete Mr. Berhe's amended petition. Counsel has been able to schedule a confirmed legal visit with Mr. Berhe, who is in custody at Nevada Southern Detention Center, for November 12, 2025 at 2:00 p.m. Counsel requires more time so that she may meet with Mr. Berhe to discuss his case and gather important information necessary to complete the amended petition. Additionally, counsel will be out of office on pre-planned leave from November 7–November 11, 2025, including the Veterans Day holiday. This 2-week extension will allow counsel to meet with Mr. Berhe and thoroughly complete the amended petition while also taking into consideration her other case obligations and deadlines.[5]

---

[1] ECF No. 1-1.

[2] ECF No. 10.

[3] ECF No. 11; *see also* ECF No. 12.

[4] ECF No. 10 at 2.

[5] An amended petition was filed on November 3, 2025, in the non-capital habeas matter of *Rodriguez v. Warden*, Case No. 3:24-cv-00498-MMD-CSD; a certificate of appealability is due on November 6, 2025, in the non-capital matter of *Romero-Manzo v. Breitenbach*, Case No. 25-6307; a reply brief is due on November 14, 2025, in the non-capital habeas matter of *Vah v. Bean,* Case No. 2:24-cv-01768-GMN-DJA for which numerous extensions have already been granted; and a reply

Undersigned counsel and counsel for Respondents, Tamer B. Botros, have conferred regarding the need for an extension of time to file the amended petition and agree on the proposed extension of two weeks. This request is not sought for the purpose of delay but in the interest of justice and the interest of the Petitioner.

Dated November 6, 2025.

Respectfully submitted,

| | |
|---|---|
| Sigal Chattah | Rene L. Valladares |
| Acting United States Attorney | Federal Public Defender |
| | |
| /s/ *Tamer B. Botros* | /s/ *Ashlyn Saenz-Ochoa* |
| Tamer B. Botros | Ashlyn Saenz-Ochoa |
| Assistant United States Attorney | Assistant Federal Public Defender |

**IT IS SO ORDERED.**

**DATED:** November 6, 2025.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

---

brief is due on November 17, 2025, in the non-capital habeas matter of *Tom v. Henley*, Case No. 3:24-cv-00396-MMD-CLB.

## Certificate of Service

I hereby certify that on November 6, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Mayra Castillo*
An Employee of the
Federal Public Defender
